TOLEDO BAR ASSOCIATION *v.* VILD.

[Cite as *Toledo Bar Assn. v. Vild* (1998), 84 Ohio St.3d 179.]

(No. 98–1234—Submitted August 19, 1998—Decided December 9, 1998.)

*R. Jeffrey Bixler,* for relator.

*Jeffrey T. Vild, pro se.*

180

*Per Curiam.* We adopt the findings, conclusion, and recommendation of the board. Respondent is hereby publicly reprimanded. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.